IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Weiand Automotive Industries, et al., | : | Case No.: 09-13338 (CSS) |
| | : | |
| Reorganized Debtors. | : | |
| | : | |

## ORDER

For the reasons set forth in the Court's Opinion dated February 25, 2020, the Court will Deny in part, and Grant in part, as follows:

1) Motion of Reorganized Debtors for Summary Judgement on the Claim Discharge Dispute [Docket No.: 90] filed on April 12, 2019 is DENIED.

2) The Cross Motion of the Mehrabian Family Trust and CA Auto Mart Group, Inc., for Summary Judgment on the Claim Discharge Dispute [Docket No.: 108] filed on May 31, 2019 is DENIED.

3) Motion of California Action Plaintiffs for Summary Judgment on the Insured Claims [Docket No.: 104] filed on May 17, 2019 is GRANTED.

_____
Christopher S. Sontchi
Chief United States Bankruptcy Judge

Dated: February 25, 2020